DANIEL G. BOGDEN
United States Attorney
District of Nevada

PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: patrick.rose@usdoj.gov

*Attorneys for the United States.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GREGORY M. THOMAS, | ) |
| Plaintiff, | ) Case No: 2:15-cv-00291-APG-NJK |
| v. | ) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

**<u>MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS</u>**
**(First Request)**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule 6-1 of this Court's Local Rules, the United States moves for an extension of thirty days, from February 19, 2016 to March 21, 2016, to file dispositive motions. There has not been a previous request for an extension of such deadline, although there was a previous, more general extension of the discovery schedule and pretrial deadlines, *see* order (ECF No. 13).

In support of this motion, the United States relies on the Memorandum of Points and Authorities below.

Respectfully submitted this 28th day of January 2016.

>DANIEL G. BOGDEN
>United States Attorney
>
>*/s/ Patrick A. Rose*
>PATRICK A. ROSE
>Assistant United States Attorney

# MEMORANDUM OF POINTS AND AUTHORITIES

Federal Rule of Civil Procedure 6(b)(1) and Local Rule 6-1 allow a party to request additional time to perform an act. In this case, the United States respectfully requests this extension for the reasons set forth below.

Undersigned defense counsel is currently preparing for a trial in the matter of *Kornberg v. United States of America*, 2:12-cv-01961-JAD-PAL. The *Kornberg* case was reassigned to undersigned defense counsel in connection with the departure of an AUSA at the end of November 2015. Trial dates are scheduled for February 2, 3 and 10, 2016. With the *Kornberg* trial and other duties, undersigned defense counsel will not have time to prepare dispositive motions in the instant *Thomas* case by the current deadline of February 19, 2016.

This motion is brought in good faith and not for purposes of undue delay or unfair prejudice to Plaintiff.

For the reasons above, the United States respectfully requests an extension of time, from February 19, 2016 to March 21, 2016, to file dispositive motions.

Respectfully submitted this 28th day of January 2016.

        DANIEL G. BOGDEN
        United States Attorney

        */s/ Patrick A. Rose*
        PATRICK A. ROSE
        Assistant United States Attorney

**IT IS SO ORDERED:**

United States Magistrate Judge

**DATED:** January 29, 2016

**PROOF OF SERVICE**

I, Patrick A. Rose, AUSA, certify that the following individuals were served with the **MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS** on this date by the below identified method of service:

**Electronic Case Filing:**

Brian David Nettles  briannettles@nettleslawfirm.com

Christian Morris  christian@nettleslawfirm.com

*Attorneys for Plaintiff.*

Dated this 28th day of January 2016.

*/s/ Patrick A. Rose*
PATRICK A. ROSE
Assistant United States Attorney